_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
February 25, 2022

CASEY J. NELSON, ESQ.
Nevada Bar #12259
BRANDON TROUT
Nevada Bar #13411
WEDGEWOOD, LLC
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146
Telephone: (702) 305-9157
Facsimile: (310) 730-5967
E-mail: caseynelson@wedgewood-inc.com
btrout@wedgewood-inc.com

*Attorneys for Movant*
*Hollyvale Rental Holdings, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | CASE NO.: 21-13858-abl<br>CHAPTER: 13 |
| LILIANA GUZMAN-ORTIZ, | Hearing Date: March 09, 2022<br>Hearing Time: 10:30 A.M. |
| Debtor. | |

**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

-1-

1  The Court has considered the Ex Parte Motion for Order Shortening Time for Motion for Relief from Automatic Stay filed on February 3, 2022.

Good cause appearing therefore, IT IS HEREBY ORDERED that the time for hearing the Motion for Relief from Automatic Stay will be heard on the  09  day of   March   , 2022 at the hour of  10:30  a.m. Parties wishing to appear and participate at this hearing shall dial in **(888) 684-8852** with the **access code 8242009#**

Any objection to the motion should be filed on or before March 09, 2022 .

Any response to any objection should be filed on or before   March 09, 2022  .

The date by which the order shortening time must be served is  February 25, 2022 .

IT IS SO ORDERED.

Respectfully Submitted by:

WEDGEWOOD, LLC

*/s/ Casey J. Nelson*
_____
CASEY J. NELSON, ESQ.
Nevada Bar #12259
BRANDON TROUT
Nevada Bar #13411
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146

*Attorneys for Movant*
*Hollyvale Rental Holdings, LLC*